JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

NICHOLAS PLASSARAS (CSB No. 299209)
nplassaras@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Attorneys for Plaintiff
KING.COM LIMITED, a Malta Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING.COM LIMITED, a Malta Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOYFOX COMPANY LIMITED, a China Corporation,<br><br>Defendant. | Case No.:  3:17-cv-1636<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br><br>**<u>DEMAND FOR JURY TRIAL</u>** |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Plaintiff King.com Limited ("King") brings this action against Defendant JoyFox Company Limited ("JoyFox") for copyright infringement and complains as follows:

## INTRODUCTION

1.      King has spent countless hours and millions of dollars creating the most compelling, fun, and successful social and mobile games in the world.  As a result of King's huge creative investment, over 225 million people now enjoy its games worldwide, playing more than 1 billion times a day.  King is the indisputable market leader in social and mobile gaming with its wildly popular line of "Saga" games, with *Candy Crush Saga*, *Candy Crush Soda Saga*, and *Bubble Witch 2 Saga* leading the way.

2.      This popularity prompted JoyFox to want to free-ride on King's success.  Rather than make its own creative investment, JoyFox cloned King's *Bubble Witch 2 Saga*, *Candy Crush Saga,* and *Candy Crush Soda Saga*—three of King's most popular games—in an effort to steal some of King's existing and potential customers.  JoyFox's *Bubble Mania* and *Cookie Crush* flagrantly feature many of the copyrightable elements that make King's games such a success.

3.      Although King would rather focus on game development than litigation, it cannot tolerate JoyFox's shameless theft of its intellectual property.  By this action, King seeks to stop this willful infringement, recover the substantial losses it has suffered, and disgorge the illicit profits JoyFox has made from its theft.

## THE PARTIES

4.      King is the world's leading social and mobile games company.  King's games are played around the world through social networks like Facebook and on mobile devices running Apple's iOS platform, as well as Google's Android platform.  King is a corporation organized and existing under the laws of Malta (Company No. C42504) with its headquarters at Aragon House Business Centre, Dragonara Road, St. Julian's, STJ3140, Malta.  In addition to its headquarters, King maintains numerous offices around the world, including in Barcelona, Bucharest, Malmo, London, San Francisco, and Stockholm.  King distributes its games through popular platforms such as the App Store operated by Apple Corporation and the Google Play

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Store operated by Google, Inc., both of which reside in this District.  The United States is a major market for King.

5.     King's *Bubble Witch 2 Saga* is a bubble shooter puzzle game set in a fantasy witch country.  It calls upon players to reach a target score in a limited number of moves by launching bubble-shaped game elements to create groups of three or more matching sets.  King first released *Bubble Witch 2 Saga* on Facebook, Android, and iOS in May 2014.  *Bubble Witch 2 Saga* is an original, creative work of expression that is protected under the copyright laws of the United States and other countries, and King has registered its copyright in *Bubble Witch 2 Saga* in the United States (Registration Nos. PA0001913412, PA0001913413, PA0001929721).

6.     King's *Candy Crush Saga* and *Candy Crush Soda Saga* are both match-three puzzle games set in fantasy Candy Kingdoms.  They both call upon players to collect points and complete tasks by swapping candy-shaped game elements into rows of three or more matching sets.  King first released *Candy Crush Saga* on Facebook in March 2012, and on Android and iOS in April 2012.  *Candy Crush Saga* is an original, creative work of expression that is protected under the copyright laws of the United States and other countries, and King has registered its copyright in *Candy Crush Saga* in the United States (Registration Nos. TX0007610109, PA0001885906, PA0001885904).  King first released *Candy Crush Soda Saga* on Facebook in June 2014, on Google Play in June 2014, and on the Apple App Store in November 2014.  *Candy Crush Soda Saga* is an original, creative work of expression that is protected under the copyright laws of the United States and other countries, and King has registered its copyright in *Candy Crush Soda Saga* in the United States (Registration Nos. PA0001915852, PA0001915865, PA0001924436).

7.     King is wholly-owned by King Digital Entertainment, an operating unit and wholly-owned subsidiary of California-based Activision Blizzard, Inc.  Both major platforms that King uses to distribute its games have their headquarters in the San Francisco Bay Area.

8.     On information and belief, JoyFox is a limited liability company founded in 2014 and organized under the laws of China.

9. On information and belief, JoyFox markets, distributes, and displays mobile games, including *Bubble Mania* and *Cookie Crush*, in this this District through platform companies that are located here, such as Google and Apple.

10. Like King's *Bubble Witch 2 Saga*, JoyFox's *Bubble Mania* is a bubble shooter puzzle game set in a fantasy witch country. It calls upon players to reach a target score in a limited number of moves by launching bubble-shaped game elements to create groups of three or more matching sets. On information and belief, JoyFox first released *Bubble Mania* on Android in September 2016.

11. Like King's *Candy Crush Saga* and *Candy Crush Soda Saga*, JoyFox's *Cookie Crush* is a match-three puzzle game set in a fantasy candy world that calls upon players to collect points and complete tasks by swapping candy-shaped game elements into rows of three or more matching sets. On information and belief, JoyFox first released *Cookie Crush* in June 2016.

12. On information and belief, a substantial proportion of JoyFox affiliates and their advertising revenue are tied to this District.

## JURISDICTION AND VENUE

13. King brings this action pursuant to 17 U.S.C. §§ 106 and 501 *et seq*. (the Copyright Act).

14. The Court has subject-matter jurisdiction over this action under 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1338 (original jurisdiction of copyright claims).

15. This Court has personal jurisdiction and venue is proper in this District under 28 U.S.C. § 1391 because JoyFox's infringing games are marketed, distributed, and displayed within this District, through platform companies that are located here, including Google, and because JoyFox directed its infringing game at California while knowing that would cause King to suffer injury in California due to loss of existing or prospective consumers from King's infringement.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**INTRADISTRICT ASSIGNMENT**

16.    Because this is an intellectual property case, it is subject to assignment to any division pursuant to Civil Local Rule 3-2(c).

**JOYFOX'S COPYING OF KING'S GAMES**

17.    JoyFox deliberately copied King's *Bubble Witch 2 Saga*, *Candy Crush Saga,* and *Candy Crush Soda Saga* due to their widespread popularity on Apple's App Store and Google's Play Store, the two largest distribution platforms for mobile games.  JoyFox had access to King's *Bubble Witch 2 Saga*, *Candy Crush Saga,* and *Candy Crush Soda Saga* through these platforms, and could see that they attained top ranks among downloads for free titles in the Apple App Store Google Play Store in the United States.  Because JoyFox had no history of developing and releasing popular mobile games, it decided to steal what was unique and original in *Bubble Witch 2 Saga*, *Candy Crush Saga,* and *Candy Crush Soda Saga* rather than try to make wholly original games of its own from scratch.

18.    JoyFox's *Bubble Mania* is a blatant clone of King's *Bubble Witch 2 Saga*. JoyFox's *Cookie Crush* undeniably copies core elements from both King's *Candy Crush Saga* and *Candy Crush Soda Saga*.  This is not just a matter of two competitors developing similar games within an established genre.  Nor are the similarities between King's games and JoyFox's games limited to the basic underlying concepts of a puzzle game.  Rather, JoyFox wholly appropriates much of the original expression and creative decision-making embodied in King's games, including King's artwork, design aesthetics, layouts, and its selection and coordination of game elements, colors, and shapes—none of which are dictated by genre, the nature of the games, or the rules.  It is well established that copyright protects such expression in video games.

19.    As the following non-exhaustive examples illustrate, the main elements of JoyFox's *Bubble Mania* and *Cookie Crush* are substantially similar to the constituent elements of King's *Bubble Witch 2 Saga*, *Candy Crush Saga,* and *Candy Crush Soda Saga*.  JoyFox could have developed any number of different and original puzzle games.  Instead, it slavishly copied

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

the creative combination of elements that King selected to create a unique and engaging experience, thereby exploiting the goodwill and popularity of King's games.

### JoyFox's *Bubble Mania* Copies the Protectable Expression from King's *Bubble Witch 2 Saga*

20.  *Bubble Mania* features characters that were closely modeled on King's *Bubble Witch 2 Saga* characters.  Both games feature a wand-wielding, female protagonist accompanied by anthropomorphized cat sidekicks.  The protagonists in both games wear purple clothing, a dark colored choker, and a star-shaped pendant on their chest.  Like *Bubble Witch 2 Saga*, *Bubble Mania* originally included two sidekick cat characters, one white and one black.  JoyFox later removed the black cat character.  The remaining white cat character, however, is simply a composite of King's black and white cat sidekicks.  *Bubble Mania*'s cat sidekick features the same large purple eyes, crème-colored fur, and trapezoidal head design used for *Bubble Witch 2 Saga*'s white cat character.  In addition, *Bubble Mania*'s cat sidekick is represented using a star-spangled version of the pointy wizard hat and crescent moon choker worn by *Bubble Witch 2 Saga*'s black cat character.  Although it had an almost infinite number of alternative designs from which to choose, JoyFox deliberately copied King's original and distinctive character designs.

| King's *Bubble Witch 2 Saga* | JoyFox's *Bubble Mania* (November 2016) | JoyFox's *Bubble Mania* (March 2017) |
|---|---|---|





FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

21.     *Bubble Mania* copies nearly the entire selection of *Bubble Witch 2 Saga*'s game pieces, including their design and appearance.  Both games feature brightly-colored, monochromatic pieces composed of spherical bubbles.  The pieces in both games have a white dot in the upper-right corner, a fading effect in the lower-left corner, a light glow along the edge of each piece, and a thin darker contour along the perimeter of the sphere, giving the pieces a glossy, three-dimensional appearance.  Like *Bubble Witch 2 Saga*, *Bubble Mania* displays its five core game pieces using the exact same five colors used by King: green, red, blue, yellow, and purple.[1]

King's *Bubble Witch 2 Saga*                JoyFox's *Bubble Mania*



22.     *Bubble Mania* also copies the representation of *Bubble Witch 2 Saga*'s special "booster" pieces.  For example, both *Bubble Mania* and *Bubble Witch 2 Saga* include a "Rainbow Bubble" booster piece.  In both games, the Rainbow Bubble is portrayed as a glossy spherical piece containing wavy lines of red, yellow, green, and blue angled upwards at approximately 45 degrees.  The piece is surrounded by a halo of red, yellow, green and blue concentric circles which gradually emanate outwards from the spherical piece.  As the halos in both games expand, the concentric circles become increasingly transparent, giving the appearance of a fading effect.

[1] *Bubble Mania* doesn't appear to use the purple bubble piece in actual game play.  However, a partial image of it is featured in the upper-right corner of *Bubble Mania*'s home screen.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Despite countless possible shapes and configurations, JoyFox slavishly copied the design of *Bubble Witch 2 Saga*'s game pieces. Small differences in the design of certain pieces does not overcome the rampant copying of King's original selection and design of pieces in *Bubble Witch 2 Saga*.

King's *Bubble Witch 2 Saga*          JoyFox's *Bubble Mania*

     

     

23.     Another glaring example of JoyFox's infringement is its copying of *Bubble Witch 2 Saga*'s expressive and original game play and progression. As with all of King's "Saga" games, *Bubble Witch 2 Saga* progresses along a unique map in a highly distinctive animated world. The map consists of a circuitous path that winds its way through various colorful landscapes. Each game level is represented as a standalone node on the map's path. Each node is expressed as a raised, three-dimensional disc containing white starburst or white paw-print icons in the center of the disc. The nodes corresponding to completed levels are brightly-colored and accompanied by a curved arch of one to three yellow stars (depending on the player's highest score for that node's level). Nodes representing not-yet-completed levels are colored grey.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

24.    *Bubble Mania* slavishly copies each of these elements in the design of its own progression map.  Like *Bubble Witch 2 Saga*, JoyFox represents its map using a winding path containing raised nodes for each game level.  *Bubble Mania*'s nodes are substantially similar to *Bubble Witch 2 Saga*'s nodes, including the starburst and paw-print icons, arched stars, greyed out nodes.  In many cases, both game maps also feature substantially similar background artwork. For example, the first map in both games features a cottage comprised of a tall central tower, a purple roof, and towering pointy spires.  None of these design choices are dictated by function or required to make a successful puzzle game.  Rather, they represent a series of creative decisions by King to design a unique and enjoyable experience for its players. By copying *Bubble Witch 2 Saga*'s progression map, JoyFox sought to mimic the same unique game experience created by King.

King's *Bubble Witch 2 Saga*                                  JoyFox's *Bubble Mania*




25.    *Bubble Mania*'s game board also clones the expression of the *Bubble Witch 2 Saga* board.  The top of both game boards feature the same three elements.  In the upper-left corner of the board, both games display the player's current score in a serif, gold-gradient font.  To the right of the player's score in both games is a meter represented by a greyed-out bar accompanied

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

by greyed out stars distributed unevenly across the bar.  As the player's score increases, the bars in both games fill with a bright green color.  When the score reaches one of three pre-determined point thresholds, the stars on both meters fill with a bright yellow color.  To the right of this meter in the upper-right corner of the board, both games display a white starburst icon followed by numbers displayed in white, which correspond to the number of target game elements—in this case, white starbursts—collected by the player.  In previous versions of *Bubble Mania*, JoyFox displayed these three elements against a blue background just like *Bubble Witch 2 Saga*.  Immediately below these three elements, both games feature a white wavy line just above the last row of bubble game pieces.  Empty spaces in the last row of bubble pieces in both games are represented by white starburst icons.



King's *Bubble Witch 2 Saga*

JoyFox's *Bubble Mania (November 2016)*

JoyFox's *Bubble Mania (March 2017)*

26.     The bottom of both game boards also feature a similar combination of elements.  Both *Bubble Mania* and *Bubble Witch 2 Saga* feature five cauldrons at the bottom of the screen, with the outer two cauldrons appearing larger than the middle three.  The cauldrons in both games are featured using different shades of blue and purple.  Previous versions of *Bubble Mania* represented the contents of these cauldrons using a brightly-colored liquid with dark spots scattered throughout in all five cauldrons.  In an effort to inject minor differences into its game,

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JoyFox altered the design of its cauldrons to appear translucent and glass-like.  Nevertheless, the redesigned *Bubble Mania* cauldrons still resemble the *Bubble Witch 2 Saga* cauldrons in color, shape, number, and overall representation.  Below the cauldrons, both games feature their special booster pieces. Originally, the booster bars in both games featured a blue background.  JoyFox has since changed the color from blue to brown.  But in doing so, it copied King's decision to represent the booster pieces against a rounded square button that appears in a slightly different shade of the color used for the background booster bar.  Both games also feature a "settings" button on the bottom-left side of the board, represented by a curved, monochromatic button with a white trim on the perimeter of the curve.  JoyFox could have designed the appearance of its board in numerous other ways, such as adopting different color schemes, shapes, or design components. Instead, JoyFox copied *Bubble Witch 2 Saga*'s game board wholesale.



King's *Bubble Witch 2 Saga*

JoyFox's *Bubble Mania (November 2016)*

JoyFox's *Bubble Mania (March 2017)*

27.     In addition to the game board, *Bubble Mania* also copied much of the overall game interface designed by King.  In both games, the top two-thirds of the screen are occupied by target bubble pieces.  On the bottom third of the screen, both games feature the female protagonist on

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

the left-hand side.  As the player scores points or manipulates pieces, the protagonists in both games point, shoot magic, and emote accordingly.

King's *Bubble Witch 2 Saga*        JoyFox's *Bubble Mania*




28.     To the right of the protagonist in the center of the lower third of the screen, both games feature a nearly identical shooting apparatus.  Like King, JoyFox chose to represent this apparatus as a set of brightly-colored, almost neon-like circles.  Both apparatuses feature a circle containing the number of remaining bubble pieces available to the player using white serif font outlined in blue.  Both apparatuses include two, thick, curved, semi-transparent arrows rotating counter-clockwise.  Only two bubble pieces are displayed at a time in both games.  The currently selected bubble piece in both games is surrounded by a yellow swirling glow effect rotating counter-clockwise.

King's *Bubble Witch 2 Saga*        JoyFox's *Bubble Mania*




FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

29.     Both games represent the trajectory of playable bubble pieces using similar design elements.  In both games, the trajectory is represented by a dotted line that matches the color of the currently selected bubble piece.  The dots are comprised of a solid, monochromatic circle, surrounded by a white line around the perimeter of the circle, followed by a thin darker line matching the color of the center circle.  JoyFox could have easily designed a puzzle game without using the same unique combination of design elements embodied in *Bubble Witch 2 Saga*. Instead, it simply copied King.

King's *Bubble Witch 2 Saga*          JoyFox's *Bubble Mania*

 

30.     JoyFox also flagrantly copied the overall design and appearance of many of the in-game messages and pop-up menus created by King.  Like *Bubble Witch 2 Saga*, previous versions of *Bubble Mania* used to represent in-game victory messages featuring the same serif, gold-gradient font outlined in a purple border, and accompanied by a horizontal blue lightning bolt near the top of the screen.  JoyFox recently changed the color of text outline from purple to brown.  But this minor change fail to cover up JoyFox's clear pattern of copying King's protectable expression.

King's *Bubble Witch 2 Saga*   JoyFox's *Bubble Mania*   JoyFox's *Bubble Mania*
(November 2016)   (March 2017)

      

31.     Indeed, many other glaring examples of JoyFox's copying remain visible in current versions of *Bubble Mania*.  For example, despite an almost infinite number of alternative colors and designs, *Bubble Mania*'s in-game announcements feature a purple banner nearly identical to that used in *Bubble Witch 2 Saga*.

King's *Bubble Witch 2 Saga*       JoyFox's *Bubble Mania*

          

32.     *Bubble Mania*'s menus and pop-up messages also feature layouts and designs similar to those used by King.  For example, the settings menu in both games feature a similar curved design.  Previous versions of *Bubble Mania*'s settings menu also used the same blue color scheme employed by King.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| King's *Bubble Witch 2 Saga* | JoyFox's *Bubble Mania* (November 2016) | JoyFox's *Bubble Mania* (March 2017) |
|---|---|---|

  

33.   *Bubble Mania*'s objective and score pop-ups feature the virtually the same faded starburst background, three-star arch, gold-gradient score font, and glossy green progress buttons used in *Bubble Witch 2 Saga*.  Like the settings menu, previous versions of *Bubble Mania* also copied the blue color scheme selected by King.

| King's *Bubble Witch 2 Saga* | JoyFox's *Bubble Mania* (November 2016) | JoyFox's *Bubble Mania* (March 2017) |
|---|---|---|

  

34.   *Bubble Mania*'s social media pop-up features nearly identical language and a substantially similar design to that featured in *Bubble Witch 2 Saga*, including the center graphic

comprised of a curved white arrow pointing from a cellular device to a social media icon and another curved white arrow pointing from the social media icon back to the cellular device. Again, previous versions of *Bubble Mania* also copied the blue color scheme found in *Bubble Witch 2 Saga*.

| King's *Bubble Witch 2 Saga* | JoyFox's *Bubble Mania* (November 2016) | JoyFox's *Bubble Mania* (March 2017) |
|---|---|---|
|  |  |  |

35.     These similarities between *Bubble Mania* and *Bubble Witch 2 Saga* do not exist by mere coincidence, especially when viewed in the aggregate and in the context of the entire effect the games have on the player.  While JoyFox made some minor variations in color or design, consumers recognized these obvious similarities.  Almost immediately after it was released, Google Play customers recognized *Bubble Mania* as an obvious knockoff of King's *Bubble Witch 2 Saga*.  Scores of reviews note the obvious similarity between the two games, including:

- "Not sure if anyone else notices but this is pure PLAGIARISM!!! **Everything accept the witch herself is the EXACT same as the saga original**. Might as well just call this the **unofficial game of Bubble witch Saga 2!**"

- "I clicked on this **hoping to find bubble witch saga 2** but I came across this. Disappointed."

- "Very nice **copy☺ of bubble witch 2☺**."

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

2

**JoyFox's *Cookie Crush* Copies the Protectable Expression**
**from King's *Candy Crush Saga* and *Candy Crush Soda Saga***

3      36.   Like *Bubble Mania*, JoyFox's *Cookie Crush* copies the representation of King's

4  special "booster" pieces.  Both *Cookie Crush* and *Candy Crush Saga* feature a lollipop booster,

5  represented as a shiny, pink, hard candy that is thicker along the line connecting both hemispheres

6  of the lollipop, against the backdrop of a circle with jagged edges.  Previous versions of *Cookie*

7  *Crush* displayed the lollipop booster in a pop-up window featuring a striped pink border, just like

8  *Candy Crush Saga* does.

9        King's *Candy Crush Saga*            JoyFox's *Cookie Crush*              JoyFox's *Cookie Crush*
                                              *(September 2016)*                    *(March 2017)*
10

11

12

13                                    

14

15

16

17

18

19     37.   *Cookie Crush* represents this and other booster pieces in the same creative way

20  that King's *Candy Crush Saga* does: in the form of a game wheel.  In previous versions of *Cookie*

21  *Crush*, the wheels in both games appeared in a pop-up window bordered by a striped pink line.

22  The wheels themselves featured alternating beige and pink wheel segments.  Nearly identical

23  boosters using substantially similar designs appear on both wheels, including a chocolate ball

24  covered in multi-colored sprinkles and a pink lollipop.  In addition, the boosters in both games

25  appear on yellow circles with jagged edges.  JoyFox recently removed the striped pink border

26  from its booster wheel pop-up and swapped the pink coloring for light blue.  But these minor

27  difference do not overcome the clear evidence that JoyFox copied King's original design.

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

King's *Candy Crush Saga*

JoyFox's *Cookie Crush*
*(September 2016)*

JoyFox's *Cookie Crush*
*(March 2017)*





38.     *Cookie Crush*'s pop-up menus also feature virtually the same design elements and arrangements used in King's games.  For example, like *Candy Crush Soda Saga*, JoyFox's *Cookie Crush* represents its pop-up menus using:

- a centered "Level" badge at the top, consisting of white serif font against a solid, light blue background;
- a beige-colored background;
- an arch of three rounded stars that transition from grey silhouettes to golden stars as the player's score increases; and
- a centered "Goal" section, represented by a rectangle combined with a partial semi-circle on top of the rectangle, and a white raised border.

King's *Candy Crush Soda Saga*               JoyFox's *Cookie Crush*




COMPLAINT FOR COPYRIGHT INFRINGEMENT                    17                    Case No. 3:17-cv-1636

39.    *Cookie Crush*'s in-game menus also feature designs and layouts that are almost identical to those King used.  For example, both *Cookie Crush* and *Candy Crush Soda Saga* feature menu bars comprised of  a beige-colored background with rounded edges; a hot-pink button represented by a white power icon on the right-hand side; and two light-blue buttons represented by white sound and music icons in the center.  Previous versions of the *Cookie Crush* menu bar also featured the raised border and glossy button finish used in *Candy Crush Soda Saga*'s menu.



King's *Bubble Candy Crush Soda Saga*

JoyFox's *Cookie Crush (September 2016)*

JoyFox's *Cookie Crush (March 2017)*

40.    The similarities described above are not merely the result of games existing in the same genre.  They are the result of willful infringement by JoyFox to poach the market for *Bubble Witch 2 Saga*, *Candy Crush Saga*, and *Candy Crush Soda Saga*.

41.    *Bubble Mania* and *Cookie Crush* has threatened the success of King's games. King makes *Bubble Witch 2 Saga*, *Candy Crush Saga*, and *Candy Crush Soda Saga* free to download and free to play.  King receives revenue primarily from in-app purchases and from advertisers who pay for ads to be displayed in or in relation to King's games.  For this reason, it is essential that King's games be compelling and fun enough to attract players and keep them engaged so that they do not spend their time and attention on competing games.  Copycat games

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

threaten to steal away those players, interferes with King's ability to acquire new players, and thus harms its ability to earn money from the original games that it created. Despite the market's recognition of *Bubble Mania* and *Cookie Crush* as clones of *Bubble Witch 2 Saga*, and *Candy Crush Saga* and *Candy Crush Soda Saga* (respectively), consumers have downloaded *Bubble Mania* and *Cookie Crush* thousands of times from the Google Play store. By this action, King seeks to prevent JoyFox from any past or further profiting from its infringement and any further harm to King's business.

## FIRST CLAIM FOR RELIEF

### (Federal Copyright Infringement)

42.     King repeats, re-alleges, and incorporates each and every allegation of the foregoing paragraphs, as though fully set forth herein.

43.     King's *Bubble Witch 2 Saga*, *Candy Crush Saga*, and *Candy Crush Soda Saga* are original and creative expressive works that constitute copyrightable subject matter under 17 U.S.C. § 101 *et seq.* King has owned all rights and privileges for this work at all relevant times. King has acquired registrations for the copyrights in *Bubble Witch 2 Saga*, *Candy Crush Saga*, and *Candy Crush Soda Saga* from the United States Registrar of Copyrights.

44.     JoyFox had access to *Bubble Witch 2 Saga*, *Candy Crush Saga*, and *Candy Crush Soda Saga* by virtue of their widespread popularity and distribution via various platforms all over the world, including in China where JoyFox is located.

45.     JoyFox copied substantial original elements of *Bubble Witch 2 Saga*, *Candy Crush Saga*, and *Candy Crush Soda Saga*.

46.     The original elements of *Bubble Witch 2 Saga*, *Candy Crush Saga*, and *Candy Crush Soda Saga* that JoyFox copied were and are copyrightable subject matter, owned by King.

47.     By its actions described above, JoyFox has infringed King's copyrights by, without limitation, copying, publicly displaying, and distributing *Bubble Mania* and *Cookie Crush*, without authorization from King.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

48.     On information and belief, JoyFox's infringement has been deliberate and with willful disregard of King's rights.

49.     JoyFox has realized unjust profits, gains, and advantages as a proximate result of its infringement.  These gains are ongoing as the infringement continues.  On information and belief, JoyFox has the right and ability to control the infringing conduct including the ability to determine its own conduct, and JoyFox can access and use its revenue from *Bubble Mania* and *Cookie Crush*.  This revenue is a direct financial benefit to JoyFox.

50.     As a direct and proximate result of JoyFox's infringement, King has suffered, and will continue to suffer, actual damages.  King is entitled to its actual damages and any gains, profits, and advantages JoyFox obtained through infringement.

51.     King has no adequate remedy at law for its current and prospective injuries.  JoyFox's continued wrongful conduct will cause King irreparable injury that cannot be adequately remedied at law unless the court enjoins JoyFox from further infringement.

## **PRAYER FOR RELIEF**

THEREFORE, Plaintiff King respectfully requests that this Court enter judgment in its favor against JoyFox and grant the following relief:

A.     A preliminary and/or permanent injunction restraining JoyFox, and its agents, servants, employees, attorneys, successors and assigns, affiliates and all persons, firms, and corporations acting in concert with them, from directly or indirectly violating King's rights under the Copyright Act;

B.     An order directing that JoyFox file with the Court and serve upon counsel for King within thirty (30) days after entry of such order or judgment a report in writing and under oath setting forth in detail the manner and form in which JoyFox has complied with the injunction;

C.     An award to King of damages it has sustained or will sustain by reason of JoyFox's conduct, and all profits derived by JoyFox from such conduct;

D.     King's costs and reasonable attorneys' fees;

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

E.      Prejudgment and post-judgment interest; and

F.      All such further and additional relief, in law or in equity, to which King may be
entitled or which the Court deems just and proper.


Dated:   March 27, 2017                     FENWICK & WEST LLP


                                            By: */s/ Jennifer L. Kelly*
                                                 Jennifer L. Kelly

                                            Attorneys for Plaintiff
                                            KING.COM LIMITED

## **DEMAND FOR JURY TRIAL**

King hereby demands trial by jury on all issues and claims so triable.


Dated:   March 27, 2017                     FENWICK & WEST LLP


                                            By: */s/ Jennifer L. Kelly*
                                                 Jennifer L. Kelly

                                            Attorneys for Plaintiff
                                            KING.COM LIMITED