JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

NICHOLAS PLASSARAS (CSB No. 299209)
nplassaras@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Plaintiff
KING.COM LIMITED, a Malta Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KING.COM LIMITED, a Malta Corporation,

Plaintiff,

v.

JOYFOX COMPANY LIMITED, a China Corporation,

Defendant.

Case No.: 3:17-cv-01636

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff King.com Limited hereby voluntarily dismisses the above-entitled action against JoyFox Company Limited. Such dismissal is without prejudice, and each side shall bear its own costs and fees. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: March 31, 2017

FENWICK & WEST LLP

By: */s/ Jennifer L. Kelly*
Jennifer L. Kelly

Attorneys for Plaintiff
KING.COM LIMITED